UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GREGORY WELLS, ET AL            CIVIL ACTION NO. 15-cv-2159

VERSUS                          JUDGE FOOTE

CITY OF SHREVEPORT, ET AL       MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil matter is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of July, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE